**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **DEFENSE DISTRIBUTED, DD FOUNDATION, LLC,**<br>**and DEFCAD, INC.,**<br>*Plaintiffs,*<br><br>v.<br><br>**JOHN ELIK, et al.,**<br>*Defendants.* | **Case No. 25-cv-81197-MIDDLEBROOKS**<br><br>**Related Eleventh Circuit Case No. 26-12667-C** |

**DEFENDANTS' NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendants John Elik, Matthew Larosiere, Alexander Holladay, Josh Kiel Stroke, John Lettman, and Zackary Clark appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Motion for Attorney Fees (ECF No. 201), dated September 17, 2026, and entered on September 18, 2026, denying Defendants' motion for an entitlement determination under 15 U.S.C. § 1117(a) (ECF No. 196).

Dated: October 8, 2026

Respectfully submitted,

/s/ Gary C. De Pury
Gary C. De Pury
Florida Bar No. 126588
Law Offices of Gary De Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Tel: (813) 607-6404
Email: Gary@DePury.com
*Lead Counsel for Alexander Holladay*

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Florida Bar No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, Florida 33467
Tel: (561) 452-7575
Email: Larosieremm@gmail.com
*Lead Counsel for John Elik, Josh Kiel Stroke, John Lettman, and Zackary Clark*

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Florida Bar No. 1002905
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
Tel: (305) 767-3529
Email: zach@zermaylaw.com
*Lead Counsel for Matthew Larosiere*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record either through Notices of Electronic Filing generated by CM/ECF or by another authorized manner for any counsel or party not authorized to receive electronic Notices of Filing.

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Florida Bar No. 1005581