**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)**
**11th Cir. R. 26.1-1**
***(Please type or print legibly)***

Defense Distributed, et al *vs.* John Elik, et al Appeal No. 26-13661-C

**For appeals**, all appellants and petitioners must file a CIP within 14 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier.

All appellees, intervenors, respondents, and all other parties to the appeal must file a CIP within 28 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier, regardless of whether appellants and petitioners have filed a CIP. If appellants and petitioners have already filed a CIP, a notice may be filed either indicating that the CIP is correct and complete, or adding any interested persons omitted from the CIP.

**For petitions that initiate a proceeding**, the petitioner must file a CIP at the same time it files the petition, and the respondent must file a CIP at the same time it files an answer or submits its first filing, whichever is earlier.

**Amicus curiae** must include a CIP in every motion and brief filed.

In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

Celentano, Peter: Defendant Below

Clark, Zackary: Appellant

DD Foundation, LLC: Appellee; Subsidiary of Defense Distributed

De Pury, Gary Charles: Attorney for Appellants

DEFCAD, Inc.: Appellee; Subsidiary of Defense Distributed

Defense Distributed: Appellee

Elik, John: Appellant

Everman, Brendan S.: Attorney for Appellees

Foster, Howard W.: Attorney for Appellees

Foster PC: Law Firm for Appellees

Holladay, Alexander: Appellant

SEE CONTINUATION SHEET

Name: Matthew Larosiere Signature: /s/ Matthew Larosiere

Address: 6964 Houlton Cir., Lake Worth, FL 33467

Contact Information: E: Larosieremm@gmail.com Tel: (561) 452-7575

## CONTINUATION SHEET

Defense Distributed, et al. v. John Elik, et al., No. 26-13661-C

Larosiere, Matthew: Appellant; Attorney for Appellants

Law Office of Matthew Larosiere: Law Firm for Appellants

Law Offices of Gary De Pury, P.A.: Law Firm for Appellants

Lettman, John: Appellant

Matthewman, William: Chief Magistrate Judge

McCabe, Ryon M.: Magistrate Judge

Middlebrooks, Donald M.: District Judge

Pryor Cashman LLP: Law Firm for Appellees

Stroke, Josh Kiel: Appellant

Taft Stettinius & Hollister LLP: Former Law Firm for Appellees

Weiss, Gregory S.: Former Attorney for Appellees

Wilson, Cody Rutledge: Owner of Appellee Entities

Zermay, Zachary Z.: Attorney for Appellants

Zermay Law, P.A.: Law Firm for Appellants

No publicly traded company owns 10% or more of any party’s stock.