Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-13661-C

| Caption: | |
|---|---|
| Defense Distributed, et al.<br><br>v.<br><br>John Elik, et al. | District and Division: S.D. Fla., West Palm Beach Division<br>Name of Judge: Donald M. Middlebrooks<br>Nature of Suit: Lanham Act<br><br>Date Complaint Filed: ________<br>District Court Docket Number: 9:25-cv-81197-DMM<br><br>Date Notice of Appeal Filed: October 8, 2026<br>☐ Cross Appeal ☐ Class Action<br><br>Has this matter previously been before this court?<br>☒ Yes ☐ No<br>If Yes, provide<br>(a) Caption: Defense Distributed, et al. v. John Elik, et al.<br>(b) Citation: Pending<br>(c) Docket Number: 26-12667-C |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | Matthew Larosiere, for Appellants | 6964 Houlton Cir.<br>Lake Worth, FL 33467 | (561) 452-7575<br>Larosieremm@gmail.com |
| For Appellee:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Brendan S. Everman, for Appellees | Pryor Cashman LLP<br>255 Alhambra Cir., Ste. 800<br>Miami, FL 33134 | (786) 582-3007<br>beverman@pryorcashman.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question<br><br>☐ Diversity<br><br>☐ US Plaintiff<br><br>☐ US Defendant | ☒ Final Judgment, 28 USC 1291<br><br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br><br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br><br>☐ Interlocutory Order, Qualified Immunity<br><br>☐ Final Agency Action (Review)<br><br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br><br>☐ Default Judgment<br><br>☐ Summary Judgment<br><br>☐ Judgment/Bench Trial<br><br>☐ Judgment/Jury Verdict<br><br>☐ Judgment/Directed Verdict/NOV<br><br>☐ Injunction<br><br>☒ Other Denial of § 1117(a) fees | Amount Sought by Plaintiff: $ N/A<br><br>Amount Sought by Defendant: $ N/A<br><br>Awarded: $ N/A<br>to ________<br><br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

11th Circuit Docket Number: 26-13661-C

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☒ Yes ☐ No

If Yes, provide
(a) Case Name/Statute 15 U.S.C. § 1117(a); Octane Fitness, LLC v. ICON Health & Fitness, Inc.; Tobinick v. Novella
(b) Citation 572 U.S. 545 (2014); 884 F.3d 1110 (11th Cir. 2018)
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☒ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☒ Yes ☐ No

If Yes, provide
(a) Case Name Defense Distributed, et al. v. John Elik, et al. (appeal and cross-appeal from same judgment)
(b) Citation Pending
(c) Docket Number if unreported 26-12667-C
(d) Court or Agency U.S. Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☒ No
(b) Among circuits? ☐ Yes ☒ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

1. Whether the district court erred in denying Defendants' motion for a determination of entitlement to attorney's fees under 15 U.S.C. § 1117(a) (D.E. 196, denied by D.E. 201), including whether the court applied the correct "exceptional case" standard under Octane Fitness, LLC v. ICON Health & Fitness, Inc., 572 U.S. 545 (2014), and Tobinick v. Novella, 884 F.3d 1110 (11th Cir. 2018), and whether it abused its discretion on the record presented.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 26th DAY OF October, 2026.

Matthew Larosiere
NAME OF COUNSEL (Print)

/s/ Matthew Larosiere
SIGNATURE OF COUNSEL